*L. Sexton, J. H. Mellett,* and *M. E. Forkner,* for appellee.

————————◆————————

POWELL *v.* HOLMES.

APPEAL from the Marion Circuit Court.

WORDEN, J.—Action by the appellant against the appellee to recover damages for the alleged shooting of a cow belonging to the plaintiff.

Trial by the court, finding and judgment for the defendant.

There is no question before us but the sufficiency of the evidence to sustain the finding.

The evidence is palpably conflicting and, as we think, pretty nearly equally balanced. There is certainly no very great preponderance either way.

The judgment below is affirmed, with costs.

*J. Milner* and *S. J. Peele,* for appellant.

*R. B. Duncan, J. S. Duncan, N. B. Taylor,* and *E. Taylor,* for appellee.